UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

Case No: 18-cv-03472

RUFUS LOVELL BROOKS

                 NOTICE OF DEPOSITION

 Plaintiff,

v.

SAC, LLC

 Defendant.

_____

**NOTICE OF DEPOSITION PURSUANT TO
FED. R. CIV. P. 30(B) (6)**

TO: All Counsel of Record

PLEASE TAKE NOTICE that pursuant to the Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff will take the deposition upon oral examination of Defendant, SAC, LLC, before an officer authorized to administer oaths on **Thursday, January, 10, 2019, at 1:00 p.m.** at the offices of Thompson Coburn LLP, 55 East Monroe Street, 37th Floor, Chicago, Illinois 60603  Said deposition will be recorded by stenographic, video, and other means; and will continue until it is adjourned. This examination will be subject to further continuance from time to time and place to place until completed. SAC, LLC is requested to designate the person or persons most knowledgeable and prepared to testify on behalf of SAC, LLC concerning the subject matter described on Attachment "A" hereto.

Dated: December 18, 2018,

              By: Rufus Lovell Brooks; Acting pro se
                 14016 Myrtlewood Drive
                 Orlando, Florida 32832
                 Ph.: (407) 704-8123
                 Email: brooks.rufus@yahoo.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Notice of Depositions for SAC LLC, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, was served via electronic mail and U.S. Mail; on this 18th day of December, 2018, upon:

>Thompson Coburn, LLP
>Ryan J. Gehbauer
>rgehbauer@thompsoncoburn.com
>P: 312.580.5033
>F: 312.580.2201
>M: 773.841.8726
>55 East Monroe Street
>37th Floor
>Chicago, IL 60603
>www.thompsoncoburn.com

**Attachment A**

For the period from January 1, 2014 to the present, identify and describe in detail with specificity SAC"s

1. Corporate structure and personnel

    a. Company headquarters
    b. Board of Directors
    c. President
    d. Management Committee and/or Executive Team
    e. Organization Chart.
    f. Corporate headquarters Divisions
    g. Employee classifications
    h. Human Resources Department
    i. Regional/District structure

2. Personnel policies and practices

    a. Formulation and development
    b. Implementation and enforcement
    c. HR training and supervision provided by corporate headquarter
    d. Personnel recordkeeping
    e. Employment Applications
    f. Recruiting and hiring practices
    g. Employment selection process.
    h. SAC's equal employment opportunity policy

        i. SAC's employment complaint policy.
        j. How SAC used LinkedIn and other social media outlet in its recruiting practice.
        k. Employee manual or handbook
        l. Hiring and initial job assignment
       m. Training
       n. Promotions
       o. EEOC or diversity policy
       p. EEOC training provided to employees.
       q. EEOC discrimination, complaints
       r. EEOC retaliation complaints
       s. EEOC tracking and reporting.
       t. Diversity make-up of the work force by race, age, gender, national origin.

3. Third party recruiting and hiring practices.
    a. Name of all staffing agencies contracted by SAC for recruiting propose from 2014 until the present.
    b. How SAC managed the agencies, including the name and job title of all individuals responsible for them.
    c. How staffing agencies are selected.
    d. Recruiting directions, instruction and training, provided to staffing agencies by SAC.

2