**Gehbauer, Ryan J.**

| | |
|---|---|
| **From:** | Gehbauer, Ryan J. |
| **Sent:** | Thursday, December 13, 2018 5:00 PM |
| **To:** | 'Rufus Brooks' |
| **Cc:** | Lorenc, Susan M. |
| **Subject:** | RE: Deposition dates |

Mr. Brooks,

This email is to memorialize our phone call today at 2 PM. If I have misstated anything, please let me know.

You stated that you would like to take depositions as follows:

**January 10, 2019 in Chicago:**

1. Wanda Rodriguez at 11:00 a.m.
2. Steve Rosenblum following Ms. Rodriguez
3. Nichole Thomas following Mr. Rosenblum

You plan to serve Mr. Rosenblum and Ms. Thomas with a subpoena. We have not agreed to produce either for a deposition.

**January 11, 2019 in Chicago:**

1. Jeff Hamm at 9:00 a.m.
2. Kevin Pope at 2:00 p.m.

You plan to send notices of deposition for Jeff Hamm, Kevin Pope, and Wanda Rodriguez.

I reiterated our position that Mr. Hamm will not be available on that date in Chicago. As previously mentioned, Mr. Hamm is available the week of January 7th in Atlanta, where he lives and works. To accommodate your anticipated plan of coming to Chicago on January 10th and 11th, we suggested that Mr. Hamm's deposition take place during the afternoon on January 7th in Atlanta, GA. He is still available that date in Atlanta, GA.

We discussed that Mr. Pope will not be made available for 7 hours, if necessary, on January 11th if you begin his deposition at 2 pm. Rather, should you need additional time, you will need to finish Mr. Pope's deposition on a different date. You at first suggested January 12. When you realized that date is a Saturday, you suggested Monday, January 14th.

**January 14, 2019**

Juan Carlos Cruz – somewhere in Florida
Craig Lekutis – somewhere in Florida

You intend to serve subpoenas to Mr. Cruz and Mr. Lekutis.

You also stated that you will reserve the right to decide later whether you want to depose Anthony Benyola and Jessica Wilkening.

We agreed to make our office available for any depositions that do go forward in Chicago. I also told you that I would send a court reporter recommendation. I primarily use Veritext Court Reporting, and would recommend that you contact them. Please note, that we will not arrange a court reporter for any of the above referenced depositions, should they go forward.

I then asked whether you will be available for your deposition as noticed on January 9th. You said you are not available. I asked for any dates when you are available to be deposed in Chicago. You responded with January 15, 16, 17, and generally available after that until January 22, 2019. But you said that you refuse to come to Chicago for your deposition. As I stated on the phone, it is our position that since you filed this lawsuit in Chicago, you are required to appear in Chicago for your deposition. We had hoped to make that travel as non-burdensome as possible by scheduling your deposition around the time when you plan to travel to Chicago to depose Mr. Pope and Ms. Rodriguez. Since you are not available on January 9, 2019, we will send you a revised notice of deposition for your deposition on January 16, 2019 in Chicago, Illinois.

Best regards,
Ryan

**Ryan J. Gehbauer**
rgehbauer@thompsoncoburn.com
P: 312.580.5033
F: 312.580.2201
M: 773.841.8726

**Thompson Coburn LLP**
55 East Monroe Street
37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

**From:** Gehbauer, Ryan J.
**Sent:** Tuesday, December 11, 2018 4:49 PM
**To:** 'Rufus Brooks' <brooks.rufus@yahoo.com>
**Subject:** RE: Deposition dates

Ok. I'll talk to you this Thursday at 2 pm central.

Thanks

**Ryan J. Gehbauer**
rgehbauer@thompsoncoburn.com
P: 312.580.5033
F: 312.580.2201
M: 773.841.8726

**Thompson Coburn LLP**
55 East Monroe Street
37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

**From:** Rufus Brooks <brooks.rufus@yahoo.com>
**Sent:** Tuesday, December 11, 2018 4:48 PM
**To:** Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com>
**Subject:** Re: Deposition dates

CTS

On Tuesday, December 11, 2018 04:05:01 PM EST, Rufus Brooks <brooks.rufus@yahoo.com> wrote:

Mr. Gehbauer,

I will call you at your office at 2:00 PM on Thursday, 12-13, 2018.

On Tuesday, December 11, 2018 11:06:53 AM EST, Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com> wrote:

Any time before 4 pm CST this Thursday or Friday.

**Ryan J. Gehbauer**
rgehbauer@thompsoncoburn.com
P: 312.580.5033
F: 312.580.2201
M: 773.841.8726

**Thompson Coburn LLP**
55 East Monroe Street
37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

---

**From:** Rufus Brooks <brooks.rufus@yahoo.com>
**Sent:** Tuesday, December 11, 2018 10:05 AM
**To:** Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com>
**Subject:** Re: Deposition dates

Mr. Gehbauer,

I am available to discuss depositions, please let me know when you are.

Thank you,

Mr. Rufus Brookjs

On Tuesday, December 11, 2018 11:00:54 AM EST, Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com> wrote:

.

Let's do Monday, 12/7 for Mr. Hamm in Atlanta, Georgia and we will take your deposition on 12/9 here in Chicago.  We will send you a notice for your deposition later today.

Best,

Ryan

**Ryan J. Gehbauer**
rgehbauer@thompsoncoburn.com
P: 312.580.5033
F: 312.580.2201
M: 773.841.8726

**Thompson Coburn LLP**
55 East Monroe Street
37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

---

**From:** Gehbauer, Ryan J.
**Sent:** Tuesday, December 11, 2018 8:44 AM
**To:** 'Rufus Brooks' <brooks.rufus@yahoo.com>; Lorenc, Susan M. <SLorenc@thompsoncoburn.com>
**Subject:** RE: Deposition dates

Mr. Hamm is available for a deposition in Atlanta, Georgia during the week of the 7th.

I am available to discuss any time before 4 pm CST on Thursday and Friday.

Thanks,

Ryan

**Ryan J. Gehbauer**
rgehbauer@thompsoncoburn.com
P: 312.580.5033
F: 312.580.2201
M: 773.841.8726

**Thompson Coburn LLP**
55 East Monroe Street
37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

---

**From:** Rufus Brooks <brooks.rufus@yahoo.com>
**Sent:** Tuesday, December 11, 2018 7:39 AM
**To:** Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com>; Lorenc, Susan M. <SLorenc@thompsoncoburn.com>
**Subject:** Re: Deposition dates


Mr. Gehbauer,


I will take depositions in Chicago on 1-10-2018 and 1-11-2018 starting at 11:00 AM. I would like to have a quick call to discuss this with you, are you available this week?


Thank you,


Mr. Rufus Brooks


On Monday, December 10, 2018 05:36:22 PM EST, Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com> wrote:


Mr. Brooks,


Kevin Pope is available for a deposition in Chicago, Illinois any day during the weeks of January 7 and January 14, 2019, except for January 17.  We are awaiting confirmation on available dates from Ms. Rodriguez, but anticipate that she can be available some day during those two weeks.  We plan to take your deposition when you travel to Chicago for Mr. Pope's and Ms. Rodgriguez's deposition, and will issue a notice of deposition once we secure dates that work for you to come to Chicago.

As we discussed before, Jeff Hamm's deposition will need to take place in the Atlanta, GA area. I am awaiting available dates from Mr. Hamm, and will provide those to you immediately upon receipt.

The last known address for the following former SAC employees who have been disclosed as people who may have discoverable information are:

Steven Rosenblum

320 Hickory Lane

Schaumburg, IL 60193

Anthony Benyola

2024 E Wildflower Lane

Spokane, WA 99224

Juan Carlos Cruz

444 SE 5th Terrace

Pompano Beach, FL 33060

As we have discussed multiple times before, and as the Judge reiterated in his last order, you are to subpoena these former SAC employees for a deposition.

As we have discussed multiple times before, we do not need to provide you with contact information for former SAC employees, Nichole Thomas and Jessica Wilkening as neither individual was listed in either party's initial disclosures or the subject of any written discovery request or response. You will also need to subpoena these individuals for a deposition.

As we have discussed multiple times before, we will not produce John Anderson or Alan Amundsen for a deposition as neither individual was listed in either party's initial disclosures or the subject of any written discovery request or response.

Best regards,

Ryan

**Ryan J. Gehbauer**
rgehbauer@thompsoncoburn.com
P: 312.580.5033
F: 312.580.2201
M: 773.841.8726

**Thompson Coburn LLP**
55 East Monroe Street
37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

---

**From:** Rufus Brooks <brooks.rufus@yahoo.com>
**Sent:** Monday, December 10, 2018 12:17 PM
**To:** Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com>; Lorenc, Susan M.
<SLorenc@thompsoncoburn.com>
**Subject:** Deposition dates

Mr. Gehbauer,

Please provide me dates that the

following list of SAC's employees will

be available to have their depositions

taken in Chicago, Il.:

Steven Rosenblum, Kevin Pope,

Wanda Rodriguez ,Anthony Benyola,

Alan Amundsen Josh Anderson,

Jessica Wilkening, Jeff Hamm Nichole

Thomas, Juan Carlos Cruz

If anyone listed is no longer an SAC employee, please provide me with the last known contact information that SAC have for them.

Please note that this is the third request I have made to you for this information. I am sure that you are aware of the deadline for completing the depositions.

Thank you,


Mr. Rufus Brooks

---

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.

---

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.

---

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.

**Gehbauer, Ryan J.**

| | |
|---|---|
| **From:** | Rufus Brooks <brooks.rufus@yahoo.com> |
| **Sent:** | Wednesday, December 5, 2018 8:02 PM |
| **To:** | Gehbauer, Ryan J. |
| **Subject:** | Re: Depositions |

Mr. Gehbauer,

Nothing has changed, you have the same deadline, and I will file motion based on today's request "to compel" on 12-8-2018

Thank you,

Mr. Rufus Brooks


On Wednesday, December 05, 2018 07:03:43 PM EST, Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com> wrote:


Mr. Brooks,


The attached "New Deposition List" is the same as the list you previously sent twice. Our position has not changed since my November 28, 2018 email (attached) and our phone call later that afternoon.


I am working to secure available dates for Kevin Pope and Wanda Rodriguez, who will be deposed in Chicago, and Jeff Hamm, who will likely need to be deposed in Atlanta. I am checking with my client to see if there are any dates when Jeff Hamm will be in Chicago before the end of January. As I stated in the attached email and during our phone call that same day, these individuals will likely not be available until after the first of the year due to personal and professional travel schedules. This has not changed. Also, I informed you in the attached email and during our November 28 phone call that we will not produce John Anderson or Alan Amundsen for a deposition since neither individual is listed in either party's initial disclosures nor referenced in any written discovery request or response. This position also has not changed.


Also as I stated in the attached email and again during our November 28 phone call, I will provide you with last known contact information of Steve Rosenblum, Juan Carlos Cruz, and Anthony Benyola. We are not obligated to provide any last known contact information for any other former SAC employees on the attached list.


Finally, am I to conclude from this email that you do not intend to file a motion to transfer venue?

**Ryan J. Gehbauer**
rgehbauer@thompsoncoburn.com
P: 312.580.5033
F: 312.580.2201
M: 773.841.8726

**Thompson Coburn LLP**
55 East Monroe Street
37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

---

**From:** Rufus Brooks <brooks.rufus@yahoo.com>
**Sent:** Wednesday, December 5, 2018 2:56 PM
**To:** Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com>; Lorenc, Susan M. <SLorenc@thompsoncoburn.com>
**Subject:** Depositions

Mr. Gehbauer,

1. From the attached list, please provide me the dates that SAC's current employees will be available for a deposition in Chicago, ILL.

2. From the attached list, please provide me the last contact information for all of SAC's former employees.

Please provide this information before 5:00 PM, December 7, 2018.

Thank you,

Mr. Rufus Brooks

---

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.

Mr. Brooks,

I wanted to clarify my email below and SAC's position with respect to your intention to depose the individuals on the attached list, which may alleviate any need for a call this afternoon.

1.    Steven Rosenblum, Anthony Benyola, and Juan Carlos Cruz are former employees of SAC who were disclosed in SAC's initial disclosures.  Therefore, we will provide last known addresses for these individuals.

2.    We are working on securing dates for Jeff Hamm and Kevin Pope, whom you have noticed for a deposition.  However, due to their upcoming travel schedules, their depositions likely will have to be after the first of the year.  Please provide us with dates in January when you are available to travel to Chicago for Mr. Pope's deposition and Atlanta for Mr. Hamm's deposition.

3.    You must actually serve a notice of deposition for current SAC employee, Wanda Rodriguez.

4.    We will not produce John Anderson and Alan Amundsen for a deposition since neither individual is listed in either party's initial disclosures nor referenced in any written discovery request or response.

5.    We will not produce for a deposition, nor provide any last known address for former SAC employees, Jessica Wilkening, Ashley La Folette, and Nichole Thomas as these individuals are not disclosed in either party's initial disclosures, nor the subject of any written discovery request or response.

6.    Craig Lekutis has never been an employee of SAC, so SAC has no contact information for him.  Mr. Lekutis has also not been disclosed by either party as an individual who may have discoverable information, nor has he been the subject of any written discovery request or response.  Therefore, SAC does not agree to any deposition of Mr. Lekutis.


If you still feel you need to have a call this afternoon, I remain available at 4 pm CST.



Regards,

Ryan




**Ryan J. Gehbauer**
rgehbauer@thompsoncoburn.com
P: 312.580.5033
F: 312.580.2201
M: 773.841.8726

**Thompson Coburn LLP**
55 East Monroe Street
37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

---

**From:** Gehbauer, Ryan J.
**Sent:** Monday, November 26, 2018 10:17 AM
**To:** 'Rufus Brooks' <brooks.rufus@yahoo.com>; Lorenc, Susan M. <SLorenc@thompsoncoburn.com>
**Subject:** RE: Depositions


Mr. Brooks, we will provide you with available dates for Jeff Hamm and Kevin Pope, who are still employed by SAC and who you have noticed for a deposition.  Wanda Rodriguez, John Anderson and Alan Amundsen are also still employed by

SAC, but we have not received any notice of deposition for them. Also, before making Mr. Anderson and Mr. Amundsen available for a deposition, I would like to know what discoverable information you think they have as neither party identified them in their 26(a)(1) disclosures as having discoverable information, nor has either individual been the subject of written discovery. The remaining individuals on your attached list are not employees of SAC. As noted in Judge Chang's November 20th order, you must subpoena these individuals for their deposition. We cannot produce any of these non-employees for a deposition, and we need not, and cannot, provide their last known address.

Best,

Ryan

**Ryan J. Gehbauer**
rgehbauer@thompsoncoburn.com
P: 312.580.5033
F: 312.580.2201
M: 773.841.8726

**Thompson Coburn LLP**
55 East Monroe Street
37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

**From:** Rufus Brooks <brooks.rufus@yahoo.com>
**Sent:** Sunday, November 25, 2018 7:24 PM
**To:** Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com>; Lorenc, Susan M. <SLorenc@thompsoncoburn.com>; Bersche, Bernadette M. <BBersche@thompsoncoburn.com>
**Subject:** Re: Depositions

Did you get the attachments? Let me know, we need to move fast with this, there is not much time you know.

On Friday, November 23, 2018 11:42:56 AM EST, Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com> wrote:

There's no attachment.

Sent from my iPhone

On Nov 23, 2018, at 10:37 AM, Rufus Brooks <brooks.rufus@yahoo.com> wrote:

Mr. Gehbauer,

4

Please provide me a date in the month of December, 2018 for the taking of depositions for the attached list of SAC's employees. If anyone on the list is no longer an employee of SAC, please provide with the last known address and telephone number.

Thank you,

Mr. Rufus Brooks

___

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.

**Gehbauer, Ryan J.**

| | |
|---|---|
| **From:** | Gehbauer, Ryan J. |
| **Sent:** | Wednesday, November 28, 2018 4:52 PM |
| **To:** | 'Rufus Brooks' |
| **Cc:** | Lorenc, Susan M. |
| **Subject:** | RE: Depositions |

Mr. Brooks,

To memorialize the call we just had, here is what was discussed:

1.  We are working with our client to provide dates for Kevin Pope, Jeff Hamm, and Wanda Rodriguez. You understand that you will need to serve a notice of deposition for Wanda Rodriguez before deposing her. It is our position that Kevin Pope and Wanda Rodriguez will be deposed in Chicago, and Jeff Hamm, as of now, will be deposed in Atlanta, where he lives and works. It is your position that these three individuals will be deposed in Chicago, because you filed this lawsuit in Chicago.
2.  As stated in my email, we will provide the last known address for Steven Rosenblum, Anthony Benyola, and Juan Carlos Cruz. It is our position that we are not obligated to provide the last known address of a former employee who has not been identified in either party's 26(a)(1) disclosures or in written discovery. You disagree with this position.
3.  You are going to serve Craig Lekutis with a subpoena for his deposition to take place in Florida, because that is where he lives. You know that you are to serve me with a copy of that subpoena.
4.  You plan to write a letter to the Judge addressing the issues with which we do not agree, and will also file a motion to transfer venue to Orlando, Florida.

If I have misstated anything, please let me know.

Best,
Ryan

**Ryan J. Gehbauer**
rgehbauer@thompsoncoburn.com
P: 312.580.5033
F: 312.580.2201
M: 773.841.8726

**Thompson Coburn LLP**
55 East Monroe Street
37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

**From:** Rufus Brooks <brooks.rufus@yahoo.com>
**Sent:** Wednesday, November 28, 2018 3:30 PM
**To:** Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com>
**Subject:** Re: Depositions

In that case, leave the time at 4.

On Wednesday, November 28, 2018 03:54:43 PM EST, Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com> wrote:

1

Ok.  Call my office then.  I do, however, have a hard stop at 5 pm CST today.

**Ryan J. Gehbauer**
rgehbauer@thompsoncoburn.com
P: 312.580.5033
F: 312.580.2201
M: 773.841.8726

**Thompson Coburn LLP**
55 East Monroe Street
37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

**From:** Rufus Brooks <brooks.rufus@yahoo.com>
**Sent:** Wednesday, November 28, 2018 2:53 PM
**To:** Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com>
**Cc:** Lorenc, Susan M. <SLorenc@thompsoncoburn.com>
**Subject:** Re: Depositions

Mr. Ryan,

We will still need to have the call today, please change to time to 4:30 CST.

On Wednesday, November 28, 2018 02:32:26 PM EST, Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com> wrote:

Mr. Brooks,

I wanted to clarify my email below and SAC's position with respect to your intention to depose the individuals on the attached list, which may alleviate any need for a call this afternoon.

2

1.  Steven Rosenblum, Anthony Benyola, and Juan Carlos Cruz are former employees of SAC who were disclosed in SAC's initial disclosures. Therefore, we will provide last known addresses for these individuals.

2.  We are working on securing dates for Jeff Hamm and Kevin Pope, whom you have noticed for a deposition. However, due to their upcoming travel schedules, their depositions likely will have to be after the first of the year. Please provide us with dates in January when you are available to travel to Chicago for Mr. Pope's deposition and Atlanta for Mr. Hamm's deposition.

3.  You must actually serve a notice of deposition for current SAC employee, Wanda Rodriguez.

4.  We will not produce John Anderson and Alan Amundsen for a deposition since neither individual is listed in either party's initial disclosures nor referenced in any written discovery request or response.

5.  We will not produce for a deposition, nor provide any last known address for former SAC employees, Jessica Wilkening, Ashley La Folette, and Nichole Thomas as these individuals are not disclosed in either party's initial disclosures, nor the subject of any written discovery request or response.

6.  Craig Lekutis has never been an employee of SAC, so SAC has no contact information for him. Mr. Lekutis has also not been disclosed by either party as an individual who may have discoverable information, nor has he been the subject of any written discovery request or response. Therefore, SAC does not agree to any deposition of Mr. Lekutis.

If you still feel you need to have a call this afternoon, I remain available at 4 pm CST.


Regards,

Ryan




**Ryan J. Gehbauer**
rgehbauer@thompsoncoburn.com
P: 312.580.5033
F: 312.580.2201
M: 773.841.8726

**Thompson Coburn LLP**
55 East Monroe Street
37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

---

**From:** Gehbauer, Ryan J.
**Sent:** Monday, November 26, 2018 10:17 AM
**To:** 'Rufus Brooks' <brooks.rufus@yahoo.com>; Lorenc, Susan M. <SLorenc@thompsoncoburn.com>
**Subject:** RE: Depositions

Mr. Brooks, we will provide you with available dates for Jeff Hamm and Kevin Pope, who are still employed by SAC and who you have noticed for a deposition. Wanda Rodriguez, John Anderson and Alan Amundsen are also still employed by SAC, but we have not received any notice of deposition for them. Also, before making Mr. Anderson and Mr. Amundsen available for a deposition, I would like to know what discoverable information you think they have as neither party identified them in their 26(a)(1) disclosures as having discoverable information, nor has either individual been the subject of written discovery. The remaining individuals on your attached list are not employees of SAC. As noted in Judge Chang's November 20th order, you must subpoena these individuals for their deposition. We cannot produce any of these non-employees for a deposition, and we need not, and cannot, provide their last known address.


Best,

Ryan



**Ryan J. Gehbauer**
rgehbauer@thompsoncoburn.com
P: 312.580.5033
F: 312.580.2201
M: 773.841.8726

**Thompson Coburn LLP**
55 East Monroe Street
37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

**From:** Rufus Brooks <brooks.rufus@yahoo.com>
**Sent:** Sunday, November 25, 2018 7:24 PM
**To:** Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com>; Lorenc, Susan M.
<SLorenc@thompsoncoburn.com>; Bersche, Bernadette M. <BBersche@thompsoncoburn.com>
**Subject:** Re: Depositions


Did you get the attachments? Let me know, we need to move fast with this, there is not much time you know.




On Friday, November 23, 2018 11:42:56 AM EST, Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com> wrote:




There's no attachment.

Sent from my iPhone

On Nov 23, 2018, at 10:37 AM, Rufus Brooks <brooks.rufus@yahoo.com> wrote:

Mr. Gehbauer,

Please provide me a date in the month of December, 2018 for the taking of depositions for the attached list of SAC's employees. If anyone on the list is no longer an employee of SAC, please provide with the last known address and telephone number.

Thank you,

Mr. Rufus Brooks

---

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.

---

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.

---

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.

## Gehbauer, Ryan J.

| | |
|---|---|
| **From:** | Gehbauer, Ryan J. |
| **Sent:** | Monday, November 26, 2018 4:49 PM |
| **To:** | 'Rufus Brooks' |
| **Subject:** | RE: Depositions |

Mr. Brooks,

You stated in your email that you want to discuss depositions for the attached list of SAC's employees or former employees. That is a very broad request, and a subject we have discussed previously (including the below email exchange). I thought it may be helpful for you to narrow the scope of what you would like to discuss so that we can have a productive and efficient conversation. If you will not, or cannot, do so, that's fine. I am not available tomorrow, but can be available any time on Wednesday after 11 am CST; Thursday before 3:30 PM; or Friday after 11 am.

I assume that you would like to discuss, as least in part, the reasons you would like to depose John Anderson and Alan Amundsen, as I have requested below. I may not have dates for Mr. Pope and Mr. Hamm by the time we discuss this week. But as I state below, I have requested these dates.

Best,
Ryan

**Ryan J. Gehbauer**
rgehbauer@thompsoncoburn.com
P: 312.580.5033
F: 312.580.2201
M: 773.841.8726

**Thompson Coburn LLP**
55 East Monroe Street
37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

**From:** Rufus Brooks <brooks.rufus@yahoo.com>
**Sent:** Monday, November 26, 2018 4:12 PM
**To:** Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com>
**Subject:** Re: Depositions

Mr. Gehbauer,

I have stated in my e-mail what we need to discuss, if you do not wish to discuss it, please state why and we can move to the next level.

Thank you,

Rufus Brooks

On Monday, November 26, 2018 05:03:11 PM EST, Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com> wrote:

What specifically would you like to discuss?

Sent from my iPhone

On Nov 26, 2018, at 3:58 PM, Rufus Brooks <brooks.rufus@yahoo.com> wrote:

Mr. Gehbauer,

I would like to arrange a call to discuss depositions for the attached list of SAC's employees or former employees. I am available all day tomorrow please let me know the time.

Thank you,

Mr. Rufus Brooks

On Monday, November 26, 2018 11:17:29 AM EST, Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com> wrote:

Mr. Brooks, we will provide you with available dates for Jeff Hamm and Kevin Pope, who are still employed by SAC and who you have noticed for a deposition. Wanda Rodriguez, John Anderson and Alan Amundsen are also still employed by SAC, but we have not received any notice of deposition for them. Also, before making Mr. Anderson and Mr. Amundsen available for a deposition, I would like to know what discoverable information you think they have as neither party identified them in their 26(a)(1) disclosures as having discoverable information, nor has either individual been the subject of written discovery. The remaining individuals on your attached list are not employees of SAC. As noted in Judge Chang's November 20th order, you must subpoena these individuals for their deposition. We cannot produce any of these non-employees for a deposition, and we need not, and cannot, provide their last known address.

Best,

Ryan

**Ryan J. Gehbauer**
rgehbauer@thompsoncoburn.com
P: 312.580.5033
F: 312.580.2201
M: 773.841.8726

**Thompson Coburn LLP**
55 East Monroe Street
37th Floor
Chicago, IL 60603
www.thompsoncoburn.com

**From:** Rufus Brooks <brooks.rufus@yahoo.com>
**Sent:** Sunday, November 25, 2018 7:24 PM
**To:** Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com>; Lorenc, Susan M. <SLorenc@thompsoncoburn.com>; Bersche, Bernadette M.

<BBersche@thompsoncoburn.com>
**Subject:** Re: Depositions

Did you get the attachments? Let me know, we need to move fast with this, there is not much time you know.

On Friday, November 23, 2018 11:42:56 AM EST, Gehbauer, Ryan J. <RGehbauer@thompsoncoburn.com> wrote:

There's no attachment.

Sent from my iPhone

On Nov 23, 2018, at 10:37 AM, Rufus Brooks <brooks.rufus@yahoo.com> wrote:

Mr. Gehbauer,

Please provide me a date in the month of December, 2018 for the taking of depositions for the attached list of SAC's employees. If anyone on the list is no longer an employee of SAC, please provide with the last known address and telephone number.

Thank you,

Mr. Rufus Brooks

---

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.

---

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.

<Deposition list.pdf>