IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUFUS LOVELL BROOKS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAC WIRELESS, LLC,<br><br>　　　　　Defendant. | Case No. 18-cv-03472<br><br>Judge Edmund E. Chang<br>Magistrate Judge Michael T. Mason |

## JOINT DEPOSITION SCHEDULING REPORT

Defendant SAC Wireless, LLC and Plaintiff, Rufus Lovell Brooks (collectively, the "Parties"), for their Joint Deposition Scheduling Report pursuant to this Court's January 16, 2019 Order (Dkt. No. 30), state as follows:

On January 18, 2019, the Parties confirmed the scheduling of depositions for Jeff Hamm, Wanda Rodriguez, Kevin Pope, and Rufus Brooks as follows:

1. Jeff Hamm; February 21, 2019 at 12:00 p.m.

2. Kevin Pope; February 21, 2019 at 4:00 p.m.

3. Wanda Rodriguez; February 22, 2019 at 9:00 a.m.

4. Rufus Brooks; February 22, 2019 at 1:00 p.m.

The aforementioned depositions will take place in Chicago, Illinois at the office of Thompson Coburn. The Parties anticipate that the aforementioned depositions will be completed as scheduled.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　SAC WIRELESS, LLC


　　　　　　　　　　　　　　　　　　　　By: /s/ Ryan J. Gehbauer
　　　　　　　　　　　　　　　　　　　　　　　One of Defendant's Attorneys

Susan Lorenc
Ryan Gehbauer
Thompson Coburn LLP
55 East Monroe St., 37th Floor
Chicago, Illinois 60603
(312) 346-7500
slorenc@thompsoncoburn.com
rgehbauer@thompsoncoburn.com

RUFUS LOVELL BROOKS

*s/ Rufus Lovell Brooks*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2019, I electronically filed the foregoing Joint Deposition Scheduling Report with the clerk of the court for the Northern District of Illinois, using the electronic case filing system of the court. Plaintiff has also been served via U.S. Mail and by email.

Rufus Lovell Brooks
14016 Myrtlewood Drive
Orlando, FL 32832
Brooks.rufus@yahoo.com

*/s/ Ryan J. Gehbauer*