# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUFUS LOVELL BROOKS,<br><br>           Plaintiff,<br><br>v.<br><br>SAC WIRELESS, LLC,<br><br>           Defendant. | Case No. 18-cv-03472<br><br>Judge Edmund E. Chang<br>Magistrate Judge Michael T. Mason |

## Affidavit of Todd Rowden

I, Todd Rowden, state under penalties of perjury as provided by U.S. law that I have personal knowledge of the following facts:

## Background Facts

1. I am an adult individual over the age of eighteen (18).

2. The following testimony is based upon my personal knowledge and if called upon, I could competently testify thereto.

3. I am an attorney at Thompson Coburn LLP and the Managing Partner of its Chicago office.

4. Around 9:45 am, on Friday, February 22, 2019, a male who I later came to learn was Plaintiff Rufus Brooks ("Plaintiff") was in the doorway of Thompson Coburn's Chicago River Conference Room. I could not make out the content of the conversation, but I could see the expressions of the other attendees, who all appeared tense and uncomfortable. It was clear to me that Mr. Brooks was yelling at the attendees, including my partner, Susan Lorenc.

5. As Mr. Brooks was leaving the conference center, I asked him to keep his voice down because there were other meetings going on. He looked at me and stated he could say what he wanted and as loud as he wanted. I replied, "If you do that, we will have to ask you to leave the premises." Mr. Brooks yelled something inaudible back at me, started to walk back toward me but then turned and left the office.

6. As the Managing Partner of Thompson Coburn's Chicago office, I take the security of our employees very seriously. Based on Mr. Brooks' demeanor and the aggressive conduct that I observed, I determined that Mr. Brooks should not be allowed to return to Thompson Coburn's office. I advised Ms. Lorenc of my decision.

_____
Todd Rowden