# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

February 5, 2021

| Before: | DIANE P. WOOD, Circuit Judge |
|---|---|
| | MICHAEL Y. SCUDDER, Circuit Judge |
| | AMY J. ST. EVE, Circuit Judge |

| No. 19-2953 | RUFUS L. BROOKS,<br>Plaintiff - Appellant<br><br>v.<br><br>SAC WIRELESS, LLC,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:18-cv-03472<br>Northern District of Illinois, Eastern Division<br>District Judge Edmond E. Chang ||

The appeal is **DISMISSED**, with costs, for lack of jurisdiction in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)

*CERTIFIED COPY*
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit